# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-3475 MRW | Date | August 27, 2019 |
|---|---|---|---|
| Title | United African-Asian Abilities Club v. Miracle Mile Properties LP | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**        **(IN CHAMBERS) ORDER RE: DISMISSAL**

   Plaintiff filed a notice voluntarily dismissing this case with prejudice.  (Docket # 15.)  This action is dismissed with prejudice.